PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, California  94105
  Telephone: (510) 970-4827
  Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAREN P. WESCOTT,<br><br>               Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner<br>   Of Social Security,<br><br>               Defendant. | CIVIL NO. 1:21-cv-01323-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER<br>FOR EXTENSION OF TIME <u>NUNC</u> <u>PRO</u><br><u>TUNC</u> |

        IT IS HEREBY STIPULATED, by and between Karen P. Wescott ("Plaintiff") and Kilolo

Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and

through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion

for Summary Judgment (ECF No. 15) be extended by 30 days.  The deadline was November 2, 2022,

and the new deadline would be December 7, 2022.  This is the second extension of time requested in the

above-captioned matter and the first extension of time requested concerning Defendant's response to

Plaintiff's Motion for Summary Judgment.  The Parties respectfully request this additional time because

it has recently come to the undersigned defense counsel's attention that Defendant's response is past-

due, however, the attorney responsible for briefing this case, Marla Letellier, Esq., is unexpectedly out of the office on leave.  Defense counsel apologizes to the Court and Plaintiff for the timing of this request and attendant inconvenience.  The Parties respectfully request that all other deadlines be modified accordingly.

Date:  November 18, 2022                    LOTT LAW OFFICES


                                            By:  /s/  Shellie Lott*
                                            SHELLIE LOTT
                                            (*Authorized by e-mail on November 18, 2022)
                                            Attorneys for Plaintiff


Date:  November 18, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                            By:  /s/ Sharon Lahey
                                            SHARON LAHEY
                                            Special Assistant United States Attorney



                                    ORDER

        Pursuant to stipulation, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED nunc pro tunc.  Defendant shall file a response to Plaintiff's Motion for Summary Judgment on or before December 7, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

    Dated:   **November 18, 2022**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE


STIPULATION AND ~~PROPOSED~~ ORDER                    CASE NO.: 1:21-cv-01323-BAM