1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARLA K. LETELLIER
5  Special Assistant United States Attorney
6      160 Spear Street, Suite 800
       San Francisco, California 94105
7      Telephone: (510) 970-4858
       Facsimile: (415) 744-0134
8      E-Mail: Marla.Letellier@ssa.gov
9  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| KAREN P. WESCOTT, | ) CIVIL NO. 1:21-cv-01323-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | ) FOR EXTENSION OF TIME |
| KILOLO KIJAKAZI, Acting Commissioner Of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between Karen P. Wescott ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 15) be extended by 9 days from December 7, 2022 to December 16, 2022. This is Defendant's second request for an extension of time to respond to Plaintiff's Motion. Defendant requests this short extension in order to pursue potential settlement of this matter.

STIPULATION AND ~~PROPOSED~~ ORDER                   CASE NO.: 1:21-cv-01323-BAM

The Parties respectfully request that all other deadlines be modified accordingly.

Date:  December 6, 2022					LOTT LAW OFFICES


							By:  /s/  *Shellie Lott\**
							SHELLIE LOTT
							(*Authorized by e-mail on December 6, 2022)
							Attorneys for Plaintiff


Date:  December 6, 2022					PHILLIP A. TALBERT
							United States Attorney


							By:  /s/ *Marla K. Letellier*
							MARLA K. LETELLIER
							Special Assistant United States Attorney



## **ORDER**

Pursuant to stipulation, and good cause appearing, Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED.  Defendant shall have until December 16, 2022 to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 7, 2022**			/s/ *Barbara A. McAuliffe*
							UNITED STATES MAGISTRATE JUDGE