PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAREN P. WESCOTT, ) | CIVIL NO. 1:21-cv-01323-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR EXTENSION OF TIME |
| vs. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
|   Of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between Karen P. Wescott ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 15) be extended by 24 days to January 9, 2023. This is Defendant's third and final request for an extension of time to respond to Plaintiff's Motion. Defendant regretfully requests this extension after inadvertently making a calendaring error in this case, whereby Counsel for Defendant mistakenly marked Defendant's brief as due January 16, instead of December 16. Counsel for Plaintiff brought this error to Counsel's attention, and Counsel, although managing an extremely

high caseload, is working diligently to rectify the error as soon as possible.  Counsel appreciates Plaintiff's Counsel's professional courtesy in this matter, and apologizes to the Court and to Plaintiff for the mistake.

The Parties respectfully request that all other deadlines be modified accordingly.

Date:  January 5, 2023        LOTT LAW OFFICES


By: /s/ *Shellie Lott**
SHELLIE LOTT
(*Authorized by e-mail on January 5, 2023)
Attorneys for Plaintiff


Date:  December 6, 2022       PHILLIP A. TALBERT
United States Attorney


By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

## **ORDER**

Pursuant to stipulation, good cause appearing, Defendant's third request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall have until **January 9, 2023** to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 6, 2023**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE